**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

ARCAPITA BANK B.S.C.(C),

                           Debtor.
-------------------------------------------------------------X
BAHRAIN ISLAMIC BANK,

                    BisB,                               21 **CIVIL** 8296 (AKH)

               -against-                            **<u>JUDGMENT</u>**

 ARCAPITA BANK B.S.C.(C),

                        Appellee.
-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 23, 2022, the challenged orders of the Bankruptcy Court are affirmed, and the appeal dismissed. Judgment is entered in favor of the Committee; accordingly, the case is closed.

**Dated:**  New York, New York
           May 24, 2022

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                  **BY:**   *K. Mango*
                                                           **Deputy Clerk**